# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYLE MARQUARDT,<br>104 NW 36th Street<br>Calgary, Alberta, CANADA<br><br>　　Plaintiff,<br><br>v.<br><br>OIL CHANGE INTERNATIONAL,<br>714 G Street SE, Suite 202<br>Washington, DC 20003<br><br>　　Defendant. | Civil Action No.: 1:17-CV-000<br><br>COMPLAINT AND JURY DEMAND |

### COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, KYLE MARQUARDT ("Plaintiff"), brings this complaint in the United States District Court for the District of Columbia against OIL CHANGE INTERNATIONAL ("Defendant"), alleging as follows:

### PARTIES

1. Plaintiff is an established commercial photographer of ten (10) years experience. Plaintiff produces high-quality wildlife, landscape, portrait, industrial, and equine photographs. Plaintiff regularly works for a wide variety of commercial and advertising clients. Plaintiff is a Canadian citizen and resides in Calgary. Plaintiff specializes in Arctic and Antarctic photography and has made over thirty (30) polar expeditions, many as a guide. Plaintiff

maintains a business website, www.kylefoto.com, which displays extensive selection of his photography.

2. On information and belief, Defendant is a 501(c)3 organization existing under the laws of the District of Columbia, with headquarters in the District of Columbia. Defendant is a research, communication, and advocacy organization focused on exposing the true costs of fossil fuels and facilitating the coming transition towards clean energy.

## JURISDICTION AND VENUE

1. This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that a substantial part of the acts of infringement complained of herein occurred in this District.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

4. Plaintiff captured the photograph, "Arctic World Expanse" ("Copyrighted Photograph") (EXHIBIT A) on June 17, 2009 in Svalbard, Norway, an archipelago in the Arctic Ocean. Plaintiff captured the Copyrighted Photograph using multiple exposures, sophisticated lighting, and a support crew. Plaintiff captured the Copyrighted Photograph from the deck of a Russian science expedition vessel in week two of a four week expedition.

5. Plaintiff posted the Copyrighted Photograph on www.kylefoto.com on or about February 11, 2011 (EXHIBIT B).

6. Beginning on or about March 31, 2015, Defendant first copied and posted the Copyrighted Photograph to the company's website, www.priceofoil.org, to accompany an article on Oklahoma House Bill 1515.

7. Defendant subsequently posted the Copyrighted Photograph to the following URLs:

   - www.actions.priceofoil.org/keep-shell-out-of-the-arctic
   - www.priceofoil.org/2015/04/13/mind-gap-shells-inadequate-arctic-spill-plan
   - ww.priceofoil.org/2015/08/30/mixed-messages-president-obamas-climate-trip
   - www.priceofoil.org/2015/03/27/ends-earth-shells-plan-risk
   - www.priceofoil.org/tag/oil-spill
   - www.priceofoil.org/tag/offshore-drilling
   - www.priceofoil.org/tag/unburnable-carbon/page/2
   - www.priceofoil.org/2015/03/31/shells-arctic-drilling-moves-closer
   - www.priceofoil.org/author/andy/page/7

A sample of these URLs is displayed in EXHIBIT C.

8. Defendant posted links to Facebook, Twitter, Google Plus, and Pintrest directly above the articles listed in Paragraph 7.

9. Numerous third parties, including GreenTV and CommonDreams, copied and posted the articles with the Copyrighted Photograph listed in Paragraph 7, to the following URLs:

   - www.greentv.com/huffingtonpostgreencolumn/mixed-messages-president-obamas-alaskan-climate-trip

- www.greentv.com/us
- www.greentv.com/author/greentv
- www.commondreams.org/views/2015/08/31/mixed-messages-president-obamas-alaskan-climate-trip
- www.commondreams.org/views/2015/04/14/mind-gap-shells-inadequate-arctic-spill-plan
- www.commondreams.org/views/2015/08/31/freeajstaf
- www.commondreams.org/more/104?page=1
- www.commondreams.org/views/2015/04/14/ready-hillary-how-about-mass-populist-party-
- www.commondreams.org/author/hannah-mckinnon

10. Plaintiff deposited a copy of the Copyrighted Photograph with the United States Copyright Office and paid the required registration fee in accordance with 17 U.S.C. § 408-9, 708.

11. Plaintiff received a receipt (Case Number 1-4425146622) of his registration application for the Copyrighted Photograph from the United States Copyright Office (EXHIBIT D).

COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. §101 ET SEQ.

12. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

13. Plaintiff is, and at all relevant times has been, the copyright owner or licensees of exclusive rights under United States copyright with respect to certain copyrighted photograph, including but not limited to the Copyrighted Photograph identified in EXHIBIT B, attached hereto, of which is the subject of a valid application for Certificate of Copyright Registration issued by the Register of Copyrights.

14. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Photograph and to distribute the Copyrighted Photograph to the public.

15. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, has copied and used the Copyrighted Photograph on Defendant's public website, www.priceofoil.org. In doing so, Defendant violated Plaintiff's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's copyrights and exclusive rights under copyright.

16. Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

17. As a result of Defendant's infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to actual damages pursuant to 17 U.S.C. § 504(b) for Defendant's infringement of the Copyrighted Photograph.

## COUNT II: CONTRIBUTORY INFRINGEMENT

18. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly made available and encouraged visitors to share the Copyrighted Photograph.

19. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, had knowledge or reason to know of such contributory infringement.

20. As a result of Defendant's actions, Plaintiff is entitled to actual damages or such other and further relief as is just and proper.

## COUNT III: REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. §1202

21. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, provided copyright information management information that is false by attaching "OILCHANGE" to the upper right side of the the Copyrighted Photograph before posting the Copyrighted Photograph on Defendant's public website, www.priceofoil.org. In doing so, Defendant violated 17 U.S.C. § 1202(a)(1) and 17 U.S.C. § 1202(a)(2).

22. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, removed copyright information management information from the Copyrighted Photograph by cropping out "KYLEFOTO.COM" from the bottom left of the Copyrighted Photograph before posting the Copyrighted Photograph on Defendant's public website, www.priceofoil.org. In doing so, Defendant violated 17 U.S.C. § 1202(b)(1) and 17 U.S.C. § 1202(b)(2).

23. As a result of Defendant's actions, Plaintiff is entitled to actual damages or statutory damages pursuant to 17 U.S.C. § 1203(b)(3). Plaintiff is further entitled to his attorney's fees and costs pursuant to 17 U.S.C. § 1203(b)(5).

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B. Immediately and permanently enjoining Defendant, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C. Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by Defendant by their infringement of Plaintiff's copyright or such damages as are proper, and since Defendant intentionally infringed Plaintiff's copyright, for the maximum allowable statutory damages for each violation;

D. Awarding Plaintiff actual and/or statutory damages for Defendant's copyright infringement in an amount to be determined at trial;

E. Awarding Plaintiff his costs, reasonable attorney's fees, and disbursements in this action, pursuant to 17 U.S.C. § 505, 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

F. Awarding Plaintiff such other and further relief as is just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: February 28, 2017


____/s/__*David C. Deal*_____
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
888-965-8083, Facsimile
*Attorney for Plaintiff*

EXHIBIT A



Plaintiff's Initial Complaint                                                                                                     Page 9 of 15

EXHIBIT B



EXHIBIT C









EXHIBIT D



Plaintiff's Initial Complaint                                               Page 15 of 15